948

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Andrew Robert COATS, also known as
Bob Coats, also known as Bob John-
son, also known as Bill Thomas, De-
fendant–Appellant.**

No. 10–40105
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 26, 2010.

Traci Lynne Kenner, Assistant U.S. At-
torney, U.S. Attorney's Office, Tyler, TX,
Tamara Lynn Reno, U.S. Attorney's Of-
fice, Plano, TX, for Plaintiff–Appellee.

Frank Warren Henderson, Esq., Assis-
tant Federal Public Defender, Office of the
Federal Defender, Frisco, TX, Amy R.
Blalock, Federal Defender's Office, Tyler,
TX, for Defendant–Appellant.

Before SMITH, DENNIS, and
CLEMENT, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed
to represent Andrew Robert Coats has
moved for leave to withdraw and has filed
a brief in accordance with *Anders v. Cali-
fornia*, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967). Coats has filed a
response. The record is insufficiently de-
veloped to allow consideration at this time
of Coats's claims of ineffective assistance
of counsel; such claims generally "cannot

be resolved on direct appeal when [they
have] not been raised before the district
court since no opportunity existed to devel-
op the record on the merits of the allega-
tions." *United States v. Cantwell*, 470
F.3d 1087, 1091 (5th Cir.2006) (internal
quotation marks and citation omitted).
Our independent review of the record,
counsel's brief, and Coats's response dis-
closes no nonfrivolous issue for appeal.
Accordingly, the motion for leave to with-
draw is GRANTED, counsel is excused
from further responsibilities herein, and
the APPEAL IS DISMISSED. *See* 5TH
CIR. R. 42.2.

* Pursuant to 5TH CIR R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.